UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

Yelitza Picon, on behalf of herself and all
Others similarly situated,   Civil Action No. 1:24-cv-5705

      Plaintiffs,

  -against-

MONSECRETS INTERNATIONAL, LLC,   **NOTICE OF VOLUNTARY DISMISSAL**

      Defendant.
_____x

Plaintiff Yelitza Picon, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: November 12, 2024

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq .
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com